# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3394
LT Case Nos. 2012-CF-2541
2012-CF-2540
2012-CF-2538
2012-CF-2539
2012-CF-2569
2012-CF-2568
2012-CF-2567
2012-CF-2584
2013-CF-000006

_____

RICHARD LEACH,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Richard Leach, Lowell, pro se.

No Appearance for Appellee.

April 9, 2024

PER CURIAM.

AFFIRMED.

MAKAR, KILBANE, and PRATT, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---